ACCEPTED
01-18-00365-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/10/2018 12:03 PM
CHRISTOPHER PRINE
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/24/2018 4:23:12 PM
CHRISTOPHER A. PRINE
Clerk

Chris Daniel - District Clerk Harris County
Envelope No. 24585768
By: Stephen Le
Filed: 5/10/2018 12:03 PM

## CAUSE NO. 2018-10744

| | | |
|---|---|---|
| MICHAEL A. BURNEY, ET AL. | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SAN JACINTO RIVER AUTHORITY | § | 157th JUDICIAL DISTRICT |

## DEFENDANT SAN JACINTO RIVER AUTHORITY'S NOTICE OF INTERLOCUTORY APPEAL

Defendant San Jacinto River Authority ("SJRA") gives notices of its interlocutory appeal, under Section 51.014(a)(8) of the Texas Civil Practice and Remedies Code, and appeals the court's denial of the SJRA's Motion to Dismiss Under Rule 91a effective May 8, 2018.

This accelerated appeal will be taken to the First or Fourteenth Court of Appeals in Houston, Texas.

No related appeals or original proceedings have been filed in the First or Fourteenth Court of Appeals.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/ s / Shane L. Kotlarsky_
WILLIAM S. HELFAND
Texas Bar No.: 09388250
SHANE L. KOTLARSKY
Texas Bar No.: 24083329
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
bill.helfand@lewisbrisbois.com
shane.kotlarsky@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT SJRA**

4831-5332-2853.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice has been served on counsel of record by electronic filing, certified or regular mail, and/or by facsimile on this the 10th day of May, 2018.

William Fred Hagans
Jennifer B. Rustay
Carl D. Kulhanek, Jr.
Hagans Montgomery & Rustay, P.C.
3200 Travis Street, Fourth Floor
Houston, Texas 77006
Tel:     (713) 222-2700
Fax:     (713) 547-4950
E-mail: fhagans@hagans.law
jrustay@hagans.law
ckulhanek@hagans.law

Justin E. Vandenbout
justin.vandenbout@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

dbarton@bartonlawgroup.com
THE BARTON LAW GROUP
1201 Shepherd Dr.
Houston, Texas 77007
Telephone: (713) 227-4747
Facsimile: (713) 621 -5900

Dennis Reich
dreich@reichandbinstock.com
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 533-8665

**Attorneys for Plaintiffs**

_/ s / Shane L. Kotlarsky_
SHANE L. KOTLARSKY